RECEIVED

JAN 10 2024

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| UNITED STATES OF AMERICA | * | MAGISTRATE NO: 6:24-mj-0005 |
|---|---|---|
| | * | |
| VERSUS | * | |
| | * | |
| CHANTEN KEITH LANE | * | |
| GAUTHREAUX | * | MAGISTRATE JUDGE AYO |

### AFFIDAVIT IN SUPPORT OF ARREST

I, Paul Sellers, being duly sworn, depose and state that:

1. I have been employed as a Special Agent with the Federal Bureau of Investigation (FBI), United States Department of Justice since July 2022. I am currently assigned to the New Orleans Field Office, Lafayette Resident Agency. As part of my duties with the FBI, I am charged with the responsibility of investigating violations of the laws of the United States Code, and collecting evidence in matters in which the United States is or may be a party of interest. I have received specialized training to perform those official duties and responsibilities. I have been exposed to a variety of investigative techniques and resources, which include, but are not limited to, physical surveillance, electronic surveillance, monitoring court-authorized wiretaps, managing the use of confidential sources ("CS"), consensual monitoring of conversations, and conducting searches of physical locations.

2. I make this affidavit in support of an arrest warrant for CHANTEN KEITH LANE GAUTHREAUX, age 29. The facts included in this affidavit do not

include every fact known to me about this investigation. It includes only the facts to support the probable cause arrests of GAUTHREAUX.

3. As set forth herein, there is probable cause to believe that on or about January 8, 2024, GAUTHREAUX transmitted threatening communications to injure persons, in violation of Title 18, United States Code, Section 875(c).

## FACTS ESTABLISHING PROBABLE CAUSE

4. This affidavit contains information provided to your Affiant by the Special Agents of the FBI, other law enforcement officers, and of my experience and background as a Special Agent of the FBI. Because this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe GAUTHREAUX has committed a violation of Title 18, United States Code, Section 875(c)—that being he transmitted threatening communications to injure persons, and the offense took place in the Western District of Louisiana.

5. On January 9, 2024, the FBI was notified by the Allen Parish Sheriff's Office of threatening communications posted online the previous day. The threatening posts were made on a Facebook account with a profile name of CHANTEN GAUTHREAUX, and picture matching the image of GAUTHREAUX, including a distinctive facial tattoo.



6. Threatening post made by the Facebook account in the name of "CHANTEN GAUTHREAUX" include:

> **Chanten Gauthreaux** •••
> 3d ·
>
> Imagine a shooting at a government building cause somebody felt singled out
> How many agents gotta get took at once to make somebody look further than a mental disorder.? Huhhh. I got like 50 60 years of life left to decide . Schizophrenia or feds getting knocked off. That's all I got to choose from.
>
> Like Comment Send Share

> **Chanten Gauthreaux** is feeling confused. •••
> 1d ·
>
> I wanna go to a CIA building and knock off everybody I could before I ran out of bullets. Then when the news came and everybody that heard from the news that it happened, my excuse to the world would be " ive been a targeted individual for the last 3 years and not one person believes me" then i would hope that somebody looked further into it and whatever happens happens. It's more than a thought!
>
> Conspiracy to commit murder pussy bitch
>
> **Government Affairs Institute Inc** **Donate**
> Be the first to donate!
>
> Like Comment Send Share









7.     Pursuant to an emergency disclosure request from Meta Platforms[1] on January 9, 2024, FBI identified additional information regarding the Facebook account, including a verified email address of chantengauthreaux97@gmail.com, verified primary email address of chantengauthreaux9@gmail.com, city and state entered by the account holder of Oberlin, Louisiana, phone number provided by the

---

[1] Meta Platforms is a company that owns and operates the social media website Facebook.

account holder of 1-318-306-0705, which was verified on December 22, 2023. IP addresses and location information for the Facebook account on January 9, 2024, were also provided by Meta Platforms pursuant to an emergency disclosure request. Location coordinates provided with a 100-meter confidence range returned to within one half mile of 421 N 4th Street, Oberlin, Louisiana, which is known to be the residence of CHANTEN GAUTHREAUX.

8. Based upon a review of criminal history for CHANTEN GAUTHREAUX, he was previously convicted of violations of Title 18, United States Code, Section 2111, 1152, 1153, and 2 robberies in Indian Country and special territorial jurisdiction of the United States. On September 11, 2014, CHANTEN GAUTHREAUX was sentenced to 24 months incarceration and two years of supervised release.

## CONCLUSION

9. Based upon the facts presented above, your Affiant believes probable cause exists to show that CHANTEN GAUTHREAUX has committed violations of Title 18, United States Code, Section 875(c). That is, on or around January 8, 2024, CHANTEN GAUTHREAUX transmitted threatening communications to injure persons, and the offense took place in the Western District of Louisiana.

_____
Paul Sellers, Special Agent
Federal Bureau of Investigation

Sworn to and subscribed before me this 10th day of January 2024, at Lafayette, Louisiana.

_____
HONORABLE DAVID J. AYO
United States Magistrate Judge
Western District of Louisiana

7